UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
PRINCE BRELAND,

                Plaintiff,

      -against-                              08 Civ. 6120 (LAK)

GEOFFREY ZAKARIAN, et al.,

                Defendants.
------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      The motion of Christopher B. Block, Esq., to withdraw as counsel to defendant 3Sixty Hospitality, LLC [DI 92] is granted. The action is stayed as against that defendant only until November 30, 2009. Absent the appearance of counsel for that defendant on or before November 30, 2009, that defendant will be in default and judgment may be taken against it.

      SO ORDERED.

Dated:     November 3, 2009

                                                   Lewis A. Kaplan
                                       United States District Judge